UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

IAN LYNGKLIP,

    Plaintiff

 -vs-                                      Case No.  2:17-cv-12460-MAG-EAS
                                                Hon. Mark A. Goldsmith

CAPITAL ADVANCE SOLUTIONS, LLC

    Defendant

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Ian Lyngklip dismisses his claims in the Complaint (Doc. 1) against Defendant Capital Advance Solutions, LLC, without prejudice and without costs, sanctions, or attorneys fees.

                                                Respectfully Submitted,

                                                By:  s/ Priya Bali
                                                Priya Bali (P78337)
                                                LYNGKLIP & ASSOCIATES
                                                CONSUMER LAW CENTER, PLC
                                                Attorney For Ian Lyngklip
                                                24500 Northwestern Highway, Ste. 206
                                                Southfield, MI 48075
                                                (248) 208-8864
Dated: October 27, 2017                 Priya@MichiganConsumerLaw.com